UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

YUDY HERNANDEZ,   CASE NO. **1:25-cv-22329-KMW**

    Plaintiff,

vs.

FLOOR AND DECOR OUTLETS OF AMERICA INC.
Florida for Profit Corporation

    Defendant,
_____/

### **NOTICE OF SETTLEMENT**

Plaintiff, YUDY HERNANDEZ, by and through his undersigned counsel, hereby gives the Court notice that Plaintiff, YUDY HERNANDEZ and Defendant, FLOOR AND DECOR OUTLETS OF AMERICA INC**,** have reached a settlement in this matter. The parties are finalizing the settlement documents and will file a Joint Stipulation of Dismissal within 60 days.

Submitted by:

Mendez Law Offices, PLLC
Attorneys for Plaintiff
P.O. BOX 228630
Miami, Florida 33172
Telephone: 305.264.9090
Facsimile: 305.809.8474
Email:info@mendezlawoffices.com
By: _____/s/_____
DIEGO GERMAN MENDEZ, ESQ.
FL BAR NO.: 52748

###